IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTHA AXLEY, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>GALLATIN HEALTH CARE CENTER, LLC, )<br>)<br>**Defendant.** ) | Case No. 3:12-cv-00951<br>Judge Campbell<br>Magistrate Judge Knowles<br>Jury Demand |

**QUALIFIED PROTECTIVE ORDER**
**REGARDING MEDICAL RECORDS**

This matter came to be upon the filing of the Plaintiff's Motion for Protective Order. The Court finds this motion to be well taken and hereby grants the Motion.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that:

The parties shall be permitted to acquire, disclose and use medical records subject to the following two requirements:

1. Prohibit the parties from using or disclosing the protected health information acquired through any means for any purpose other than the present litigation, for which the information is requested; and

2. Require the return of information to the medical provider from which the medical records are obtained or destruction of the health information (including all copies made) at the end of the litigation, proceeding or a time designated by the parties.

IT IS SO ORDERED

This the _____ day of May, 2013

_____
E. Clifton Knowles
United States Magistrate Judge