IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTHA AXLEY | ) |
| | ) |
| v. | ) NO. 3-12-0951 |
| | ) JUDGE CAMPBELL |
| GALLATIN HEALTH CARE | ) |
| CENTER, LLC | ) |

ORDER

Pending before the Court is an Amended Motion to Withdraw (Docket No. 22), filed by counsel for the Plaintiff. The Motion is GRANTED,[1] and Nina Parsley and the Law Office of Michael D. Ponce & Associates may withdraw from representation of the Plaintiff in this action.

Plaintiff shall have thirty (30) days to obtain new counsel, who shall enter an appearance on Plaintiff's behalf, or Plaintiff will be considered as proceeding *pro se.*

This case remains set for trial on May 27, 2014, and is referred to the Magistrate Judge for further case management.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] The original Motion to Withdraw (Docket No. 21) should be termed as well.